2026R00370/A.N.M. / N.A.D.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

THOMAS CLARK
a/k/a "Mook"

Hon.

Crim. No. 26-300
(CPO)
21 U.S.C. § 841(a)(1), (b)(1)(A),
(b)(1)(B), (b)(1)(C) (possession
with intent to distribute 50
grams or more of
methamphetamine, 1 kilogram or
more of phencyclidine ("PCP"),
500 grams or more of cocaine,
and fentanyl – 1 count)
18 U.S.C. § 924(c)(1)(A)
(possession of a firearm in
furtherance of a drug trafficking
crime – 1 count)
18 U.S.C. § 922(g)(1) (possession
of a firearm by a felon – 1 count)
Notices of forfeiture

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at

Camden, charges as follows:

### COUNT 1
(Possession with Intent to Distribute Controlled Substances)

1.     On or about June 1, 2021, in Cherry Hill, in the District of New Jersey,

defendant

### THOMAS CLARK
### a/k/a "Mook"

knowingly and intentionally possessed with intent to distribute 50 grams or more of

methamphetamine, one kilogram or more of a mixture and substance containing a

detectable amount of phencyclidine ("PCP"), 500 grams or more of a mixture and

substance containing a detectable amount of cocaine, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), all Schedule II controlled substances.

2.     It is further alleged that before defendant THOMAS CLARK committed the offense charged in this count, defendant CLARK had a final conviction for a serious drug felony, that is, a conviction on or about December 3, 2002, in the Commonwealth of Pennsylvania for manufacturing, delivering, and possessing with intent to deliver a controlled substance, in violation of 35 Pa.C.S.A. § 780-113(a)(30), for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the offense charged in this count.

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), (b)(1)(B), and (b)(1)(C).

2

## COUNT 2
(Possession of Firearm in furtherance of Drug Trafficking)

1.     On or about June 1, 2021, in Cherry Hill, in the District of New Jersey, defendant

### THOMAS CLARK
### a/k/a "Mook"

knowingly possessed a firearm, that is, at least one of the following: a black Springfield, Model XD, .45 caliber ACP 3.3 semi-automatic pistol, bearing serial number XS686075, loaded with six live rounds of ammunition; a black Taurus, Model G2c, 9mm semi-automatic pistol, bearing serial number TMD60234, loaded with twelve live rounds of ammunition; a silver and black Ruger, Model P95, 9mm semi-automatic pistol, with an obliterated serial number, loaded with eleven live rounds of ammunition; and a Colt Lawman, Model MK V, .357 caliber Magnum revolver, bearing serial number 19542, loaded with two live rounds of ammunition, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count One of this indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

3

## COUNT 3
### (Felon in Possession of a Firearm)

1.      On or about June 1, 2021, in Cherry Hill, in the District of New Jersey, defendant

### THOMAS CLARK
### a/k/a "Mook"

knowing he had previously been convicted in a court in the Commonwealth of Pennsylvania and the State of New York, of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, at least one of the following: a black Springfield, Model XD, .45 caliber ACP 3.3 semi-automatic pistol, bearing serial number XS686075, loaded with six live rounds of ammunition; a black Taurus, Model G2c, 9mm semi-automatic pistol, bearing serial number TMD60234, loaded with twelve live rounds of ammunition; a silver and black Ruger, Model P95, 9mm semi-automatic pistol, with an obliterated serial number, loaded with eleven live rounds of ammunition; and a Colt Lawman, Model MK V, .357 caliber Magnum revolver, bearing serial number 19542, loaded with two live rounds of ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

4

## NOTICE OF FORFEITURE 1

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 21, United States Code, Section 841(a)(1), set forth in this indictment, defendant

**THOMAS CLARK,**
**a/k/a "Mook,"**

shall forfeit to the United States of America:

a. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses, including but not limited to:

    i. a black Springfield, Model XD, .45 caliber ACP 3.3 semi-automatic pistol, bearing serial number XS686075;

    ii. a black Taurus, Model G2c, 9mm semi-automatic pistol, bearing serial number TMD60234;

    iii. a silver and black Ruger, Model P95, 9mm semi-automatic pistol, with an obliterated serial number;

    iv. a Colt Lawman, Model MK V, .357 caliber Magnum revolver, bearing serial number 19542;

    v. 31 various rounds of live rounds of ammunition;

    vi. six rounds of .38 caliber ammunition; and

5

b.    any property constituting, or derived from, proceeds obtained directly or indirectly from the commission of such offense, including, but not limited to, the following:

    i.    $102,528 in United States currency;

    ii.    $55,671.22 in Wells Fargo personal checking account ending in 0613;

    iii.    $14,680.13 in Wells Fargo business checking account ending in 0090; and

    iv.    $8,600 United States currency.

2.    If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

## NOTICE OF FORFEITURE 2

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Sections 924(c)(1) and 922(g)(1), set forth in this indictment, defendant

**THOMAS CLARK,**
**a/k/a "Mook,"**

shall forfeit to the United States of America the firearms and ammunition involved in the commission of such offenses, including, but not limited to:

1.      a black Springfield, Model XD, 45 ACP 3.3 semi-automatic pistol, bearing serial number XS686075;

2.      a black Taurus, Model G2c, 9mm semi-automatic pistol, bearing serial number TMD60234;

3.      a silver and black Ruger, Model P95, 9mm semi-automatic pistol with an obliterated serial number;

4.      a Colt Lawman, Model MK V, .357 caliber Magnum revolver, bearing serial number 19542;

5.      31 various rounds of live rounds of ammunition; and

6.      six rounds of .38 caliber ammunition;

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

7

A TRUE BILL

_____
FOREPERSON

ROBERT FRAZER
United States Attorney

ASHLEY N. MARTIN
NICHOLAS A. DIMARCO
Special Assistant U.S. Attorneys

Approved:

R. DAVID WALK, Jr.
Deputy U.S. Attorney

8

Case 1:26-cr-00300-CPO    Document 1    Filed 06/10/26    Page 9 of 9 PageID: 9

CASE NUMBER: <u>26-</u>

# United States District Court
# District of New Jersey

## UNITED STATES OF AMERICA

v.

## THOMAS CLARK

# INDICTMENT FOR

21 U.S.C. § 841(a)(1), (b)(1)(A), (b)(1)(B), (b)(1)(C)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 922(g)(1)

A True Bill

_____

Foreperson

## ROBERT FRAZER
UNITED STATES ATTORNEY

ASHLEY N. MARTIN
NICHOLAS DIMARCO
SPECIAL ASSISTANT U.S. ATTORNEYS
CAMDEN, NEW JERSEY
215-861-8609